ACCEPTED
04-15-00279-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/13/2015 10:44:29 AM
KEITH HOTTLE
CLERK

NO. 04-15-00279-CV

IN THE COURT OF APPEALS
FOR THE 4TH DISTRICT, AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/13/2015 10:44:29 AM
KEITH E. HOTTLE
Clerk

ABDUL H. NUBANI

V.

COUNTY OF GUADALUPE, ET AL.

---

## APPELLANT'S MOTION TO EXTEND ORDER ABATING APPELLATE DEADLINES PENDING SETTLEMENT

1.     Appellant is Abdul H. Nubani. Appellees are the County of Guadalupe and Randall R. Smidt.

2.     Appellant timely filed his notice of appeal on April 23, 2015.

3.     The parties have agreed to settle their dispute. Appellant requests an abatement of all deadlines in this matter until settlement documents can be drafted and executed. The settlement will provide that this appeal be dismissed.

4.     Appellant resides in the United Arab Emirates. The settlement requires delivery of executed documents with original signatures. The parties came to agreement on the language of the settlement documents on June 11, 2015.

5.     This Court granted Appellant's motion to abate and order Appellant to file a motion no later than July 13, 2015.

6.     On July 4, 2015, appellant deposited the signed documents necessary to effect the settlement with a commercial courier in the United Arab Emirates for delivery to his counsel. Counsel has not received the documents.

7.     Counsel for appellant is on vacation out of state from July 8 until July 22, 2015. Counsel is a sole practitioner and exchange of the settlement documents and payment of the consideration for the settlement cannot be completed until after July 21, 2015.

8.     Appellant requests all deadlines be abated until July 31, 2015.

9.     Appellees County of Guadalupe and Randall R. Smidt agree with this motion.

## PRAYER

For these reasons, Appellant asks the court to grant this motion and abate all appellate deadlines until July 31, 2015.

Respectfully submitted,

LAW OFFICE OF JAMES S. FROST
113 West Gonzales
Seguin, Texas 78155
Telephone: (830) 303-0404
Facsimile: (830) 303-8584

BY: _James S. Frost by Jay L. Ritter with permission_
JAMES S. FROST
State Bar No. 07489500
Attorney for Appellant
Abdul H. Nubani

Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon the following in accordance with the Texas Rules of Civil Procedure on this the 13th day of July, 2015, via electronic service:

rsmidt@yahoo.com
Randall R. Smidt
1207 Bay Oaks Road
Houston, Texas 77008

mtepper@mvbalaw.com
Matthew Tepper
McCreary, Veselka, Bragg & Allen, P.C.
700 Jeffrey Way, Suite 100
Round Rock, Texas 78665

JAMES S. FROST

with permission